**Order entered April 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00444-CR

**CORTNEY WOODS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-76149-Y**

## ORDER

Before the Court is the State's April 17, 2019 second motion to extend the time for filing the accompanying brief. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/    DAVID J. SCHENCK
PRESIDING JUSTICE